GAS 245D    (Rev. 04/23) Judgment in a Criminal Case for Revocations



# UNITED STATES DISTRICT COURT
Southern District of Georgia
Augusta Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Robert Lee Belton, Jr. | ) | |
| | ) | Case Number:    1:10CR00251-9 |
| | ) | USM Number:    16619-021 |
| | ) | Holly Grace Chapman |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☒ was found in violation of mandatory conditions (Numbers 1 and 2) of after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | September 9, 2020 |
| | See page 2 for additional violations | |

The defendant is sentenced as provided on page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated mandatory condition and is discharged based on motion of the Government.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 1659

October 3, 2023
Date of Imposition of Judgment

Defendant's Year of Birth: 1978

Signature of Judge

City and State of Defendant's Residence:

Thomson, Georgia

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

10/4/2023
Date

GAS 245D  Case 1:10-cr-00251-JRH-BKE   Document 1006   Filed 10/04/23   Page 2 of 3
(Rev. 04/23) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT: Robert Lee Belton, Jr.
CASE NUMBER: 1:10CR00251-9

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant possessed a firearm or other destructive device (mandatory condition). | September 9, 2020 |

DEFENDANT: Robert Lee Belton, Jr.
CASE NUMBER: 1:10CR00251-9

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months, with no supervision to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL